# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAE YOUNG KIM, *et al.*,                )
                                        )
        Plaintiffs,          )
                                        )
        v.                   )   Civil Case No. 12-54 (RJL)
                                        )
NATIONAL CERTIFICATION                  )
COMMISSION FOR ACUPUNCTURE              )
AND ORIENTAL MEDICINE, *et al.*,         )
                                        )
        Defendants.          )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 28th day of

August 2012, it is hereby

**ORDERED**  that Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiffs'

Complaint [Dkt. #6] is **GRANTED**; and it is further

**ORDERED** that plaintiffs' Motion for Remand to State Court [Dkt. #11] is

**DENIED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge