UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE YOUNG KIM, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL CERTIFICATION )<br>COMMISSION FOR ACUPUNCTURE )<br>AND ORIENTAL MEDICINE, *et al.*, )<br>)<br>Defendants. ) | Civil Case No. 12-54 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 28th day of August 2012, it is hereby

**ORDERED** that Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiffs' Complaint [Dkt. #6] is **GRANTED**; and it is further

**ORDERED** that plaintiffs' Motion for Remand to State Court [Dkt. #11] is **DENIED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge